**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

United States of America,

v.

Case No. 2:22-cr-215

Judge Michael H. Watson

Tyrone Lee Isaac, Jr.,

### ORDER

There being no objections, and upon review of the Indictment, Plea Agreement, and Report and Recommendation of the Magistrate Judge ("R&R") the Court hereby adopts the R&R, ECF No. 25. The Court accepts Defendant's plea of guilty to Count 1 of the Indictment, and he is hereby adjudged guilty on that count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**